UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:07cv1530 OWW DLB P |
| Plaintiff, | ORDER DENYING MOTION FOR SETTING OF MANDATORY SCHEDULING CONFERENCE |
| v. | |
| WARDEN HEDGPETH, et al., | (Document 4) |
| Defendants. | |

Plaintiff James E. Smith ("Plaintiff") is a state prisoner proceeding pro se in this action filed on October 22, 2007. On October 31, 2007, the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis and requiring him to pay the $350.00 filing fee. Plaintiff was served with the order on November 21, 2007, and his time to pay the filing fee has been extended accordingly.

On November 19, 2007, Plaintiff filed a motion to set a mandatory scheduling conference pursuant to Federal Rule of Civil Procedure 16. However, scheduling orders are issued *after* the complaint has been served. In this case, Plaintiff can only proceed with this action if he pays the filing fee. If he does so, the Court will screen his complaint pursuant to 28 U.S.C. § 1915A to

determine if it is proper for service. Accordingly, the case is not yet ready to be scheduled and Plaintiff's request is therefore DENIED.[1]



    IT IS SO ORDERED.

    Dated:   **November 26, 2007**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised to take note of Local Rule 16-240(c)(8), which lists the categories of civil actions excepted from the mandatory scheduling order requirement. Specifically, "actions seeking relief under the Federal Civil Rights Acts, by incarcerated persons acting in propria persona[,]" are excepted from Rule 16(b) of the Federal Rules of Civil Procedure. Local Rule 16-240(c)(8). Although Plaintiff characterizes this action as one under the All Writs Act, it may in fact be a civil rights complaint and subject to the exception.