# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:07cv01530 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 11) |
| | ) | |
| WARDEN HEDGPETH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff James E. Smith ("Plaintiff"), a prisoner proceeding pro se, filed this action on October 22, 2007. On October 31, 2007, the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis and ordering him to pay the filing fee within thirty (30) days.

On February 26, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order. The Court further recommended that all pending motions be DENIED AS MOOT. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. On April 11, 2008, after receiving an extension of time to file objections in the form of the filing fee, Plaintiff submitted a document entitled, "Notice of Motion and Motion on Clarification of Funds in Trust Account." Plaintiff failed to file the filing fee.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's April 11, 2008, filing, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 26, 2008, is ADOPTED IN FULL;
2. All pending motions are DENIED AS MOOT; and
3. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 17, 2008**                             /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE